**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-1995**

TRUMAN PETWAY,

                                    Plaintiff - Appellant,

        versus

COMMONWEALTH OF VIRGINIA, VIRGINIA DEPARTMENT
OF TRANSPORTATION,

                                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   James E. Bradberry,
Magistrate Judge.  (CA-03-82-4)

Submitted:  December 15, 2004      Decided:  January 10, 2005

Before LUTTIG, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Truman Petway, Appellant Pro Se. Martha Murphey Parrish, Assistant
Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Truman Petway appeals the district court's order[*] granting summary judgment to the Defendant on his Title VII claims of racial discrimination and retaliation. See 42 U.S.C. §§ 2000e - 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Petway v. Virginia, No. CA-03-82-4 (E.D. Va. July 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]Pursuant to 28 U.S.C. § 636(c), the parties consented to exercise of the district court's jurisdiction by a United States magistrate judge.